# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2017

155239

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN DAVID HEWITT-EL, a/k/a
JONATHAN DAVID HEWITT,
      Defendant-Appellant.

SC: 155239
COA: 332946
Wayne CC: 10-002907-FC

_____/

      On order of the Court, the application for leave to appeal the November 17, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether: (1) the defendant's alleged grounds for relief were decided against him on direct appeal; (2) the Court of Appeals failed to defer to the Wayne Circuit Court's credibility determinations; and (3) the defendant has established entitlement to relief under MCR 6.508(D). In addition to the brief, the appellant shall electronically file an appendix containing the items listed at MCR 7.312(D)(2). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2017



Clerk

t0926